## Elmo BERRY v. STATE.
### No. 16904.

Court of Criminal Appeals of Texas.

May 2, 1934.

J. E. Newberry, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for burglary; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Ralph CARROLL, alias Ray Travis, v. STATE.
### No. 16637.

Court of Criminal Appeals of Texas.

April 18, 1934.

Rehearing Denied May 16, 1934.

W. A. Culwell, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful possession of a still for the purpose of manufacturing intoxicating liquor; penalty assessed at confinement in the penitentiary for one year.

The indictment is regular and regularly presented. The record is before this court without statement of facts or bills of exception. No error has been perceived or pointed out.

The judgment is affirmed.